# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Captain KATRINA L. HIGHTOWER
### United States Air Force

## ACM 38354

## 16 January 2014

Sentence adjudged 14 March 2013 by GCM convened at Tyndall Air Force Base, Florida.  Military Judge:  Rodger A. Drew.

Approved Sentence:  Dismissal.

Appellate Counsel for the Appellant:  Captain Jeffrey A. Davis.

Appellate Counsel for the United States:  Colonel Don M. Christensen.

Before

HELGET, WEBER, and PELOQUIN
Appellate Military Judges

This opinion is subject to editorial correction before final release.


PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are AFFIRMED.




FOR THE COURT

STEVEN LUCAS
Clerk of the Court